■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD McLEAN, Appellant.—Judgment of the Supreme Court, Westchester County,

rendered September 21, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Rabin and Margett, JJ., concur.